B6A (Official Form 6A) (12/07)

In re **Frank Titus Avignone, IV**
**Sarah Sieg Avignone**

Case No. **14-41587** _____
(if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| homestead<br>3504 Flintstone Dr.<br>Plano, Texas 75074 | Owner | C | $479,676.00 | $603,864.00 |
| | | Total: | $479,676.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Frank Titus Avignone, IV**
       **Sarah Sieg Avignone**

Case No.   **14-41587**
                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | InTouch Credit Union checking & savings | C | $3,000.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | bed-$200.00, desk-$50.00, bookcase-$10.00, chest-$50.00, 2 nightstands-$50.00, bed-$200.000, dresser-$100.00, chest-$50.00, chair-$10.00, desk w/chair-$20.00, bed-$10.00, desk-$10.00, table-$5.00, lamp-$5.00, bed-$100.00, dresser-$20.00, chest-$10.00, chair-$10.00, bookcase-$20.00, couch-$50.00, coffee table-$10.00, chair-$15.00, chair-$15.00, chair-$15.00, end table-$10.00, table-$200.00, 5 chairs-$100.00, buffet-$100.00, table-$20.00, bench-$10.00, lamps-$10.00, misc. crystal-$50.00, couch-$50.00, coffee table-$10.00, chair-$10.00, lamps-$10.00, bookcase-$10.00, sheets-$50.00, dishes-$20.00, glasses-$10.00, mugs-$10.00, knives-$15.00, table w/chairs-$40.00, coffee maker-$5.00, toaster-$5.00, blender-$5.00, mixer-$10.00, cutlery-$10.00, pots/pans-$50.00, pillows-$15.00, MacBooks-$200.00, laptop-$100.00, bed-$50.00, chest-$20.00, desk/chair-$10.00, bookcase-$5.00, nightstand-$5.00, chest-$5.00, double bed-$20.00, bed-$20.00, washer-$10.00, dryer-$10.00, refrigerator-$50.00, outdoor table w/chairs-$130.00, nightstand-$5.00, dresser-$10.00, desk-$10.00, chair-$5.00, lamp-$5.00, 2 lamps-$4.00, grill-$5.00, entertainment center-$20.00, 2 rugs-$7.00, towels-$20.00, TV-$20.00, 3 TV's-$210.00, MacBook Pro-$300.00, MacBook-$50.00, MacBook-$50.00, 2 DVD players-$10.00, misc. household | C | $3,736.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Frank Titus Avignone, IV**                                      Case No.  **14-41587**
     **Sarah Sieg Avignone**                                                     (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | items-$500.00 | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | misc. books, pictures & posters | C | $250.00 |
| 6. Wearing apparel. | | wearing apparel | C | $600.00 |
| 7. Furs and jewelry. | | pearl necklace-$50.00, 2 gold wedding bands-$200.00, cuff links & misc. costume jewelry-$100.00 | C | $350.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Nikon P510-$50.00, Nikon P500-$20.00, sewing machine-$10.00 | C | $80.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | term life insurance policy with Lincoln Benefit Life with NO CASH VALUE | C | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | Charles Schwab IRA rollover | C | $537.19 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Frank Titus Avignone, IV**          Case No.   **14-41587**
**Sarah Sieg Avignone**                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Frank Titus Avignone, IV**　　　　　　　　　　　Case No.　**14-41587**
　　　**Sarah Sieg Avignone**　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Unpaid commissions/paychecks from:<br>Wipro Limited | C | $30,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Volkswagon Passat | C | $2,125.00 |
| | | 1999 GMC Yukon | C | $525.00 |
| | | 2005 Chevy Avalance | C | $6,950.00 |
| | | 2007 GMC Yukon XL | C | $10,850.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Canon Printer-$10.00, Canon Printer-$30.00, HP Printer-$10.00 | C | $50.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Frank Titus Avignone, IV**                    Case No.    **14-41587**
       **Sarah Sieg Avignone**                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 2 mixed breed dogs, 3 mixed breed cats | C | $100.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | weedeater-$20.00, lawnmower-$100.00 | C | $120.00 |

                  **4**    continuation sheets attached    **Total >**    **$59,273.19**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re **Frank Titus Avignone, IV**          Case No.  **14-41587**
     **Sarah Sieg Avignone**                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                              $155,675.*

☑  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| homestead<br>3504 Flintstone Dr.<br>Plano, Texas 75074 | 11 U.S.C. § 522(d)(1) | $0.00 | $479,676.00 |
| InTouch Credit Union<br><br>checking & savings | 11 U.S.C. § 522(d)(5) | $3,000.00 | $3,000.00 |
| bed-$200.00, desk-$50.00, bookcase-$10.00, chest-$50.00, 2 nightstands-$50.00, bed-$200.000, dresser-$100.00, chest-$50.00, chair-$10.00, desk w/chair-$20.00, bed-$10.00, desk-$10.00, table-$5.00, lamp-$5.00, bed-$100.00, dresser-$20.00, chest-$10.00, chair-$10.00, bookcase-$20.00, couch-$50.00, coffee table-$10.00, chair-$15.00, chair-$15.00, chair-$15.00, end table-$10.00, table-$200.00, 5 chairs-$100.00, buffet-$100.00, table-$20.00, bench-$10.00, lamps-$10.00, misc. crystal-$50.00, couch-$50.00, coffee table-$10.00, chair-$10.00, lamps-$10.00, bookcase-$10.00, sheets-$50.00, dishes-$20.00, glasses-$10.00, mugs-$10.00, knives-$15.00, table w/chairs-$40.00, coffee maker-$5.00, toaster-$5.00, blender-$5.00, mixer-$10.00, cutlery-$10.00, pots/pans-$50.00, pillows-$15.00, MacBooks-$200.00, laptop-$100.00, bed-$50.00, chest-$20.00, desk/chair-$10.00, bookcase-$5.00, nightstand-$5.00, chest-$5.00, double bed-$20.00, bed-$20.00, washer- | 11 U.S.C. § 522(d)(3) | $3,736.00 | $3,736.00 |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | **$6,736.00** | **$486,412.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Frank Titus Avignone, IV**                     Case No.  **14-41587**
**Sarah Sieg Avignone**                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| $10.00, dryer-$10.00, refrigerator-$50.00, outdoor table w/chairs-$130.00, nightstand-$5.00, dresser-$10.00, desk-$10.00, chair-$5.00, lamp-$5.00, 2 lamps-$4.00, grill-$5.00, entertainment center-$20.00, 2 rugs-$7.00, towels-$20.00, TV-$20.00, 3 TV's-$210.00, MacBook Pro-$300.00, MacBook-$50.00, MacBook-$50.00, 2 DVD players-$10.00, misc. household items-$500.00 | | | |
| misc. books, pictures & posters | 11 U.S.C. § 522(d)(3) | $250.00 | $250.00 |
| wearing apparel | 11 U.S.C. § 522(d)(3) | $600.00 | $600.00 |
| pearl necklace-$50.00, 2 gold wedding bands-$200.00, cuff links & misc. costume jewelry-$100.00 | 11 U.S.C. § 522(d)(4) | $350.00 | $350.00 |
| Nikon P510-$50.00, Nikon P500-$20.00, sewing machine-$10.00 | 11 U.S.C. § 522(d)(5) | $80.00 | $80.00 |
| term life insurance policy with Lincoln Benefit Life with NO CASH VALUE | 11 U.S.C. § 522(d)(7) | $0.00 | $0.00 |
| Charles Schwab IRA rollover | 11 U.S.C. § 522(d)(10)(E) | $537.19 | $537.19 |
| Unpaid commissions/paychecks from: | 11 U.S.C. § 522(d)(5) | $16,225.00 | $30,000.00 |
| Wipro Limited | | | |
| 2002 Volkswagon Passat | 11 U.S.C. § 522(d)(5) | $2,125.00 | $2,125.00 |
| 1999 GMC Yukon | 11 U.S.C. § 522(d)(5) | $525.00 | $525.00 |
| 2005 Chevy Avalance | 11 U.S.C. § 522(d)(2) | $3,675.00 | $6,950.00 |
| | 11 U.S.C. § 522(d)(5) | $3,275.00 | |
| | | **$34,378.19** | **$527,829.19** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Frank Titus Avignone, IV**              Case No.  **14-41587**
       **Sarah Sieg Avignone**                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2007 GMC Yukon XL | 11 U.S.C. § 522(d)(2) | $3,143.53 | $10,850.00 |
| Canon Printer-$10.00, Canon Printer-$30.00, HP Printer-$10.00 | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| 2 mixed breed dogs, 3 mixed breed cats | 11 U.S.C. § 522(d)(5) | $100.00 | $100.00 |
| weedeater-$20.00, lawnmower-$100.00 | 11 U.S.C. § 522(d)(5) | $120.00 | $120.00 |
| | | $37,791.72 | $538,949.19 |

B6D (Official Form 6D) (12/07)

| In re | Frank Titus Avignone, IV | Case No. | 14-41587 |
| | Sarah Sieg Avignone | | (if known) |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Green Planet Servicing**<br>**321 Research Pkwy., Ste. 303**<br>**Meriden, CT 06450** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**homestead**<br>REMARKS:<br><br>VALUE:          **$479,676.00** | | | | $603,864.00 | $124,188.00 |
| ACCT #:<br><br>**Green Planet Servicing**<br>**321 Research Pkwy., Ste. 303**<br>**Meriden, CT 06450** | | C | DATE INCURRED:  **Various**<br>NATURE OF LIEN:<br>**Mortgage arrears**<br>COLLATERAL:<br>**homestead**<br>REMARKS:<br><br>VALUE:          **$32,347.43** | | | | $32,347.43 | |
| ACCT #:<br><br>**Wells Fargo Auto**<br>**PO Box 29704**<br>**Phoenix, AZ 85038** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2007 GMC Yukon XL**<br>REMARKS:<br><br>VALUE:          **$10,850.00** | | | | $7,706.47 | |
| | | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | | $643,917.90 | $124,188.00 |
| | | | Total (Use only on last page) > | | | | $643,917.90 | $124,188.00 |

_____**No**_____continuation sheets attached

|  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re **Frank Titus Avignone, IV**                      Case No. _**14-41587**_____
   **Sarah Sieg Avignone**                                            (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**2**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re  **Frank Titus Avignone, IV**                                        Case No.  **14-41587**
          **Sarah Sieg Avignone**                                                                  (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Department of Treasury**<br>**PO Box 249**<br>**Memphis, TN 38101** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $5,708.16 | $5,708.16 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____1____ of ____2____ continuation sheets   Subtotals (Totals of this page) >   | $5,708.16 | $5,708.16 | $0.00 |
attached to Schedule of Creditors Holding Priority Claims

Total >
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13) - Cont.

In re  **Frank Titus Avignone, IV**                              Case No.  **14-41587**
       **Sarah Sieg Avignone**                                            (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Prevost & Shaff**<br>**1518 Legacy Dr., Suite 260**<br>**Frisco, Texas 75034** | | C | DATE INCURRED: **01/31/2014**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $2,581.00 | $2,581.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. _____**2**_____ of _____**2**_____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | $2,581.00 | $2,581.00 | $0.00 |
|---|---|---|---|---|
| | Total > | $8,289.16 | | |
| | **(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)** | | | |
| | Totals > | | $8,289.16 | $0.00 |
| | **(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)** | | | |

B6F (Official Form 6F) (12/07)

In re  **Frank Titus Avignone, IV**                    Case No.  __14-41587__
        **Sarah Sieg Avignone**                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**ARS National Service**<br>**PO Box 463023**<br>**Escondido, CA 92046-3023** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**AT&T**<br>**PO Box 630060**<br>**Dallas, TX 75263-0060** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$1,450.00** |
| ACCT #:<br>**AT&T Mobility**<br>**c/o CCS**<br>**Two Wells Ave.**<br>**Newton, MA 02459** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Cell phone**<br>REMARKS: | | | | **$553.76** |
| ACCT #:<br>**Auerback Albert & Gold**<br>**12801 N. Central Expwy.**<br>**Dallas, Texas 75243** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$526.00** |
| ACCT #:<br>**Benjamin Albritton**<br>**8411 Preston Rd., Ste. 675**<br>**Dallas, Texas 75225** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$1,500.00** |
| ACCT #:<br>**Blake Mitchell**<br>**17103 Preston Rd., Ste. 288**<br>**Dallas, Texas 75248** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$1,250.00** |

Subtotal > | $5,279.76

Total >
(Use only on last page of the completed Schedule F.)

____4____continuation sheets attached

(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Frank Titus Avignone, IV**        Case No.   **14-41587**
      **Sarah Sieg Avignone**                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Citibank South Dakota, NA**<br>**701 E. 60th Street North**<br>**Sioux Falls, SD 57117** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$5,100.00** |
| ACCT #:<br>**Credit Collection Services**<br>**3451 Harry S. Truman Blvd.**<br>**St. Charles, MO 63301-4047** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Credit Systems, Inc.**<br>**1485 Gardent of the Gods Rd., Ste. 120**<br>**Colorado Springs, CO 80907** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**FIA Card Services**<br>**2727 Paces Ferry Road**<br>**Once Paxes West, 14th Floor**<br>**Atlanta, GA 30339** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only/Credit Card**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**FIA Card Services**<br>**2727 Paces Ferry Road**<br>**Once Paxes West, 14th Floor**<br>**Atlanta, GA 30339** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$550.01** |
| ACCT #:<br>**Frank Titus Avignone III**<br>**6657 North Trennolm Dr.**<br>**Columbia, SC 29206** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**gift** | | | | **$0.00** |

Sheet no. ____1____ of ____4____ continuation sheets attached to        Subtotal >        $5,650.01
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                Total >
                        (Use only on last page of the completed Schedule F.)
                        (Report also on Summary of Schedules and, if applicable, on the
                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frank Titus Avignone, IV**                          Case No.  **14-41587**
       **Sarah Sieg Avignone**                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service-SP**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**J.A. Cambece Law Office**<br>**200 Cummings Park, Ste. 1730**<br>**Beverly, MA 01915** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Lawrence Sieg**<br>**3504 Flintstone Dr.**<br>**Plano, Texas 75074** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**gift** | | | | **$0.00** |
| ACCT #:<br>**Lisa Avignone-Potter**<br>**4121 Burnhill Drive**<br>**Plano, Texas 75024** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Mark J. Blotky, MD**<br>**8226 Douglas Ave., Ste. 805**<br>**Dallas, Texas 75225** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | X | X | X | **Unknown** |
| ACCT #:<br>**McCarthy, Burgess & Wolff**<br>**26000 Cannon Rd.**<br>**Cleveland, OH 44146** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. _____**2**_____ of _____**4**_____ continuation sheets attached to                    Subtotal >                | **$0.00** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Frank Titus Avignone, IV**          Case No. **14-41587**
**Sarah Sieg Avignone**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**McCurley, Orsinger, McCurley, Nelson & D**<br>**5950 Sherry Lane, 8th Floor**<br>**Dallas, Texas 75225** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Midland Credit Management**<br>**8875 Aero Drive, Ste. 200**<br>**San Diego, CA 92123** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Midland Credit Management Inc.**<br>**P.O. Box 60578**<br>**Los Angeles, CA 90060** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**National Enterprise Systems**<br>**29125 Solon Road**<br>**Solon, OH 44139** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Second Round, LP**<br>**PO Box 41955**<br>**Austin, Texas 78704** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Tate & Kirlin Associates**<br>**2810 South Hampton Rd.**<br>**Philadelphia, PA 19154** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____3____ of ____4____ continuation sheets attached to          **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frank Titus Avignone, IV**     Case No.  **14-41587**
     **Sarah Sieg Avignone**                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Teresa Clark Evans**<br>**Quillin Selander**<br>**2001 Bryan Street, Ste. 1800**<br>**Dallas, Texas 75201** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Tessa Bromley**<br>**Attorney at Law**<br>**PO Box 173**<br>**McKinney, Texas 750070** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$10,621.00** |
| ACCT #:<br>**Texas Child Support**<br>**PO Box 959791**<br>**San Antonio, Texas 78265** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Child support**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**US Department of Education**<br>**PO Box 530210**<br>**Atlanta, GA 30353** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Student loan**<br>REMARKS: | | | | **$129,095.20** |
| ACCT #:<br>**US Department of Education**<br>**PO Box 530229**<br>**Atlanta, GA 30353** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Student loan**<br>REMARKS: | | | | **$18,910.47** |
| ACCT #:<br>**Zwicker & Associates**<br>**80 Minuteman Rd.**<br>**Andover, MA 01810** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____4____ of ____4____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                Subtotal >    **$158,626.67**

                                                                 Total >    **$169,556.44**
(Use only on last page of the completed Schedule F.)
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **Frank Titus Avignone, IV**           Case No. **14-41587**
      **Sarah Sieg Avignone**                                                             (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re **Frank Titus Avignone, IV**                                   Case No.    **14-41587**
         **Sarah Sieg Avignone**                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Frank** | **Titus** | **Avignone, IV** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sarah** | **Sieg** | **Avignone** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** | | |
| Case number | **14-41587** | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | **VP** | **Uenmployed** |
| **Employer's name** | **American Healthways Services** | |
| **Employer's address** | **701 Cool Springs Blvd.**<br>Number  Street | Number  Street |
| | **Franklin            TN    37067**<br>City              State  Zip Code | City              State  Zip Code |
| **How long employed there?** | **4 months** | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$17,666.68** | **$0.00** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$17,666.68** | **$0.00** |

Debtor 1  **Frank**          **Titus**         **Avighone, IV**          Case number (if known)  **14-41587**
          First Name         Middle Name       Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ..............................................➔ 4. | $17,666.68 | $0.00 |
| **5.** | **List all payroll deductions:** | | |
| | 5a. Tax, Medicare, and Social Security deductions    5a. | $4,460.04 | $0.00 |
| | 5b. Mandatory contributions for retirement plans    5b. | $0.00 | $0.00 |
| | 5c. Voluntary contributions for retirement plans    5c. | $0.00 | $0.00 |
| | 5d. Required repayments of retirement fund loans    5d. | $0.00 | $0.00 |
| | 5e. Insurance    5e. | $258.74 | $0.00 |
| | 5f. Domestic support obligations    5f. | $890.00 | $0.00 |
| | 5g. Union dues    5g. | $0.00 | $0.00 |
| | 5h. Other deductions.    5h.+ | $0.00 | $0.00 |
| | Specify: | | |
| **6.** | **Add the payroll deductions.**  Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.    6. | $5,608.78 | $0.00 |
| **7.** | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4.    7. | $12,057.90 | $0.00 |
| **8.** | **List all other income regularly received:** | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm    8a. | $0.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| | 8b. Interest and dividends    8b. | $0.00 | $0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive    8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| | 8d. Unemployment compensation    8d. | $0.00 | $0.00 |
| | 8e. Social Security    8e. | $0.00 | $0.00 |
| | 8f. Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| | Specify:    8f. | $0.00 | $0.00 |
| | 8g. Pension or retirement income    8g. | $0.00 | $0.00 |
| | 8h. Other monthly income.    8h.+ | $0.00 | $0.00 |
| | Specify: | | |
| **9.** | **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9. | $0.00 | $0.00 |

**10. Calculate monthly income.** Add line 7 + line 9.    10.   $12,057.90  +  $0.00  =  $12,057.90
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11. +   $0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.    12.   $12,057.90
**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☑ No.        **None.**
☐ Yes. Explain:

**Fill in this information to identify your case:**

| Debtor 1 | **Frank** | **Titus** | **Avignone, IV** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sarah** | **Sieg** | **Avignone** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number     **14-41587**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:     Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
      ☑ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **21** | ☐ No  ☑ Yes |
| **Daughter** | **19** | ☐ No  ☑ Yes |
| **Daughter** | **16** | ☐ No  ☑ Yes |
| **Daughter** | **16** | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:     Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

| | | |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | **$3,837.50** |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | |
| 4b. Property, homeowner's, or renter's insurance | 4b. | |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | **$400.00** |
| 4d. Homeowner's association or condominium dues | 4d. | **$32.00** |

| Debtor 1 | **Frank** | **Titus** | **Avignone, IV** | Case number (if known) | **14-41587** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Your expenses**

5. **Additional mortgage payments for your residence,** such as home equity loans   5. _____

6. **Utilities:**

    6a.  Electricity, heat, natural gas     6a. _____ **$850.00**

    6b.  Water, sewer, garbage collection     6b. _____ **$300.00**

    6c.  Telephone, cell phone, Internet, satellite, and cable services     6c. _____ **$607.00**

    6d.  Other.  Specify:   **cable, security**     6d. _____ **$240.00**

7. **Food and housekeeping supplies**     7. _____ **$1,200.00**

8. **Childcare and children's education costs**     8. _____ **$150.00**

9. **Clothing, laundry, and dry cleaning**   **(See continuation sheet(s) for details)**   9. _____ **$175.00**

10. **Personal care products and services**     10. _____ **$120.00**

11. **Medical and dental expenses**     11. _____ **$300.00**

12. **Transportation.** Include gas, maintenance, bus or train fare.  Do not include car payments.     12. _____ **$600.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**     13. _____ **$150.00**

14. **Charitable contributions and religious donations**     14. _____

15. **Insurance.**

    Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a.  Life insurance     15a. _____ **$305.00**

    15b.  Health insurance     15b. _____

    15c.  Vehicle insurance     15c. _____ **$704.00**

    15d.  Other insurance.  Specify:_____     15d. _____

16. **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20.
  Specify:_____     16. _____

17. **Installment or lease payments:**

    17a.  Car payments for Vehicle 1     17a. _____

    17b.  Car payments for Vehicle 2     17b. _____

    17c.  Other.  Specify:**animal care**     17c. _____ **$200.00**

    17d.  Other.  Specify:**car maintenance / home warranty**     17d. _____ **$219.00**

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).**     18. _____

19. **Other payments you make to support others who do not live with you.**
  Specify:_____     19. _____

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

    20a.  Mortgages on other property     20a. _____

    20b.  Real estate taxes     20b. _____

    20c.  Property, homeowner's, or renter's insurance     20c. _____

    20d.  Maintenance, repair, and upkeep expenses     20d. _____

    20e.  Homeowner's association or condominium dues     20e. _____

Debtor 1  **Frank**          **Titus**          **Avignone, IV**          Case number (if known)  **14-41587**
          First Name         Middle Name        Last Name

| | | | | |
|---|---|---|---|---|
| **21.** | **Other.** Specify: <u>toll tag</u> | 21. | + | <u>$200.00</u> |

| | | | |
|---|---|---|---|
| **22.** | **Your monthly expenses.**  Add lines 4 through 21. <br> The result is your monthly expenses. | 22. | <u>$10,589.50</u> |

**23.** **Calculate your monthly net income.**

| | | | | |
|---|---|---|---|---|
| | 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | <u>$12,057.90</u> |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. − | <u>$10,589.50</u> |
| | 23c. | Subtract your monthly expenses from your monthly income. <br> The result is your monthly net income. | 23c. | <u>$1,468.40</u> |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here:
**None.**

| Debtor 1 | **Frank** | **Titus** | **Avignone, IV** | Case number (if known) | **14-41587** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**9.** **Clothing, laundry, and dry cleaning (details):**

**Clothing** **$125.00**

**Laundry/Dry Cleaning** **$50.00**

Total: **$175.00**

B 6 Summary (Official Form 6 - Summary) (12/13)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re  **Frank Titus Avignone, IV**
**Sarah Sieg Avignone**

Case No.   **14-41587**

Chapter   **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $479,676.00 | | |
| B - Personal Property | Yes | 5 | $59,273.19 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $643,917.90 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $8,289.16 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $169,556.44 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $12,057.90 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $10,589.50 |
| TOTAL | | 26 | $538,949.19 | $821,763.50 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re   **Frank Titus Avignone, IV**                    Case No.   **14-41587**
      **Sarah Sieg Avignone**

                                     Chapter   **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$5,708.16** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$148,005.67** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$153,713.83** |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | **$12,057.90** |
| Average Expenses (from Schedule J, Line 22) | **$10,589.50** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$13,786.11** |

State the following:

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$124,188.00** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$8,289.16** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$169,556.44** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$293,744.44** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Frank Titus Avignone, IV**                                       Case No.  **14-41587**
    **Sarah Sieg Avignone**                                                                (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     **28**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **8/8/2014**                                       Signature  **/s/ Frank Titus Avignone, IV**
                                                                         **Frank Titus Avignone, IV**


Date  **8/8/2014**                                       Signature  **/s/ Sarah Sieg Avignone**
                                                                         **Sarah Sieg Avignone**
                                                                           [If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Frank Titus Avignone, IV**                               CASE NO   **14-41587**
          **Sarah Sieg Avignone**

                                                                    CHAPTER   **13**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   8/8/2014                                    Signature   _/s/ Frank Titus Avignone, IV_
                                                               *Frank Titus Avignone, IV*

Date   8/8/2014                                    Signature   _/s/ Sarah Sieg Avignone_
                                                               *Sarah Sieg Avignone*

                                                               _/s/ Louis A. Shaff_
                                                               *Louis A. Shaff*
                                                               *00797414*
                                                               *Prevost & Shaff*
                                                               *1518 Legacy Drive*
                                                               *Suite 260*
                                                               *Frisco, Texas 75034*
                                                               *(972) 239-6200*

ARS National Service
PO Box 463023
Escondido, CA 92046-3023


AT&T
PO Box 630060
Dallas, TX 75263-0060


AT&T Mobility
c/o CCS
Two Wells Ave.
Newton, MA 02459


Auerback Albert & Gold
12801 N. Central Expwy.
Dallas, Texas 75243


Benjamin Albritton
8411 Preston Rd., Ste. 675
Dallas, Texas 75225


Blake Mitchell
17103 Preston Rd., Ste. 288
Dallas, Texas 75248


Citibank South Dakota, NA
701 E. 60th Street North
Sioux Falls, SD 57117


Credit Collection Services
3451 Harry S. Truman Blvd.
St. Charles, MO 63301-4047


Credit Systems, Inc.
1485 Gardent of the Gods Rd., Ste. 120
Colorado Springs, CO 80907

Department of Treasury
PO Box 249
Memphis, TN 38101


FIA Card Services
2727 Paces Ferry Road
Once Paxes West, 14th Floor
Atlanta, GA 30339


Frank Titus Avignone III
6657 North Trennolm Dr.
Columbia, SC 29206


Green Planet Servicing
321 Research Pkwy., Ste. 303
Meriden, CT 06450


Internal Revenue Service-SP
PO Box 7346
Philadelphia, PA 19101-7346


J.A. Cambece Law Office
200 Cummings Park, Ste. 1730
Beverly, MA 01915


Lawrence Sieg
3504 Flintstone Dr.
Plano, Texas 75074


Lisa Avignone-Potter
4121 Burnhill Drive
Plano, Texas 75024


Mark J. Blotky, MD
8226 Douglas Ave., Ste. 805
Dallas, Texas 75225

McCarthy, Burgess & Wolff
26000 Cannon Rd.
Cleveland, OH 44146


McCurley, Orsinger, McCurley, Nelson & D
5950 Sherry Lane, 8th Floor
Dallas, Texas 75225


Midland Credit Management
8875 Aero Drive, Ste. 200
San Diego, CA 92123


Midland Credit Management Inc.
P.O. Box 60578
Los Angeles, CA 90060


National Enterprise Systems
29125 Solon Road
Solon, OH 44139


Prevost & Shaff
1518 Legacy Dr., Suite 260
Frisco, Texas 75034


Second Round, LP
PO Box 41955
Austin, Texas 78704


Tate & Kirlin Associates
2810 South Hampton Rd.
Philadelphia, PA 19154


Teresa Clark Evans
Quillin Selander
2001 Bryan Street, Ste. 1800
Dallas, Texas 75201

Tessa Bromley
Attorney at Law
PO Box 173
McKinney, Texas 750070


Texas Child Support
PO Box 959791
San Antonio, Texas 78265


US Department of Education
PO Box 530210
Atlanta, GA 30353


US Department of Education
PO Box 530229
Atlanta, GA 30353


Wells Fargo Auto
PO Box 29704
Phoenix, AZ 85038


Zwicker & Associates
80 Minuteman Rd.
Andover, MA 01810