```
Label Matrix for local noticing        ARS National Service              AT&T
0540-4                                  PO Box 463023                     PO Box 630060
Case 14-41587                           Escondido, CA 92046-3023          Dallas, TX 75263
Eastern District of Texas
Sherman
Fri Aug 15 12:48:27 CDT 2014

AT&T Mobility                           AT&T Mobility II LLC              Auerback Albert & Gold
c/o CCS                                 % AT&T Services, Inc              12801 N. Central Expwy.
Two Wells Ave.                          Karen Cavagnaro, Paralegal        Dallas, Texas 75243-1716
Newton, MA 02459-3225                   One AT&T Way, Room 3A104
                                        Bedminster, NJ 07921-2693

Frank Titus Avignone IV                 Sarah Sieg Avignone               Benjamin Albritton
3504 Flintstone Dr.                     3504 Flintstone Dr.               8411 Preston Rd., Ste. 675
Plano, TX 75074-7774                    Plano, TX 75074-7774              Dallas, Texas 75225-5507


Blake Mitchell                          CACH, LLC                         COLLIN COUNTY TAX ASSESSOR/COLLECTOR
17103 Preston Rd., Ste. 288             4340 S. Monaco Street             C/O GAY MCCALL ISAACKS ET AL
Dallas, Texas 75248-1372                2nd Floor                         777 E 15TH ST
                                        Denver, CO 80237-3485             PLANO TX 75074-5799


Citibank South Dakota, NA               Copper Beech                      Janna Countryman
701 E. 60th Street North                1051 Southern Dr.                 P.O. Box 941166
Sioux Falls, SD 57104-0493              Columbia, SC 29201-5189           Plano, TX 75094-1166


Janna L. Countryman                     Credit Collection Services        Credit Systems, Inc.
P. O. Box 941166                        3451 Harry S. Truman Blvd.        1485 Gardent of the Gods Rd., Ste. 120
Plano, TX 75094-1166                    St. Charles, MO 63301-4047        Colorado Springs, CO 80907-3305


(p)INTERNAL REVENUE SERVICE             Dept. of Education                FIA Card Services
CENTRALIZED INSOLVENCY OPERATIONS       PO Box 530210                     2727 Paces Ferry Road
PO BOX 7346                             Atlanta, GA 30353-0210            Once Paxes West, 14th Floor
PHILADELPHIA PA 19101-7346                                                Atlanta, GA 30339-4053


Frank Titus Avignone III                Green Planet Servicing            Internal Revenue Service-SP
6657 North Trennolm Dr.                 321 Research Pkwy., Ste. 303      PO Box 7346
Columbia, SC 29206-2141                 Meriden, CT 06450-8342            Philadelphia, PA 19101-7346


J.A. Cambece Law Office                 Lawrence Sieg                     Lisa Avignone
200 Cummings Park, Ste. 1730            3504 Flintstone Dr.               4121 Burnhill Drive
Beverly, MA 01915-6190                  Plano, Texas 75074-7774           Plano, Texas 75024-7308


Lisa Avignone-Potter                    Mark J. Blotky, MD                Mark J. Blotsky, MD
4121 Burnhill Drive                     8226 Douglas Ave., Ste. 805       8226 Douglas Ave., Ste. 805
Plano, Texas 75024-7308                 Dallas, Texas 75225-5930          Dallas, Texas 75225-5930
```

| | | |
|---|---|---|
| McCarthy, Burgess & Wolff<br>26000 Cannon Rd.<br>Cleveland, OH 44146-1807 | McCurley, Orsinger, McCurley, Nelson & D<br>5950 Sherry Lane, 8th Floor<br>Dallas, Texas 75225-6533 | Midland Credit Management<br>8875 Aero Drive, Ste. 200<br>San Diego, CA 92123-2255 |
| Midland Credit Management Inc.<br>P.O. Box 60578<br>Los Angeles, CA 90060-0578 | National Enterprise Systems<br>29125 Solon Road<br>Solon, OH 44139-3442 | Prevost & Shaff<br>1518 Legacy Dr., Suite 260<br>Frisco, Texas 75034-6042 |
| Second Round, LP<br>PO Box 41955<br>Austin, Texas 78704-0033 | Louis A. Shaff<br>Prevost & Shaff<br>1518 Legacy Dr. Suite 260<br>Frisco, TX 75034-6042 | Tate & Kirlin Associates<br>2810 South Hampton Rd.<br>Philadelphia, PA 19154-1207 |
| Teresa Clark Evans<br>Quillin Selander<br>2001 Bryan Street, Ste. 1800<br>Dallas, Texas 75201-3071 | Tessa Bromley<br>Attorney at Law<br>PO Box 173<br>McKinney, Texas 75070-8133 | Texas Child Support<br>PO Box 959791<br>San Antonio, Texas 78265 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Department of Education<br>PO Box 530210<br>Atlanta, GA 30353-0210 | US Department of Education<br>PO Box 530229<br>Atlanta, GA 30353-0229 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | Wells Fargo Auto<br>PO Box 29704<br>Phoenix, AZ 85038-9704 | Wells Fargo Auto Finance<br>PO Box 29706<br>Phoenix, AZ 85038-9706 |
| Wells Fargo Bank, N.A.<br>435 Ford Road, Suite 300<br>St. Louis Park, MN 55426-4938 | Zwicker & Associates<br>80 Minuteman Rd.<br>Andover, MA 01810-1008 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Department of Treasury
PO Box 249
Memphis, TN 38101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America

End of Label Matrix
Mailable recipients    49
Bypassed recipients     1
Total                  50