Certificate Number: 00761-TXE-DE-024161367

Bankruptcy Case Number: 14-41587


00761-TXE-DE-024161367

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 11, 2014, at 10:51 o'clock AM CDT, Frank T. Avignone completed a course on personal financial management given in person by Janna L. Countryman, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Texas.

Date: September 11, 2014         By:    /s/LaTrisha Walton

                                  Name:  LaTrisha Walton

                                  Title: Accountant