| Case | Parties | Pay Schedules | Payees | Financials | PlanCalc 3 | Forum | Documents (7) | Docket | Attach | Matters | Worksheets |

Recently Accessed Cases: 14-41587-R FRANK TITUS AVIGNONE

| 14-41587-R | FRANK TITUS AVIGNONE (XXX-XX-9679) | | $1,325.00 MO | Bar Date: | 12/10/2014  1/26/2015 |
| 1325(b)(2) $41,749.20 | SARAH SIEG AVIGNONE (XXX-XX-4933) | | | Confirmed: | Not Confirmed  Bar Check is NO |
| Tickle Me | Attorney: PREVOST & SHAFF {N 9/4/07} | | | Case Status: | CONFIRMATION PENDING |

Part I: Show Income    State: Texas    Update  Edit Form  Show Trustee Column
Status: Married, filing jointly    County: Collin    Table Date: 5/1/2014    Updated!

### Part I. Calculation of Current Monthly Income

| # | Item | | | | Debtor's Income | Spouse's Income |
|---|---|---|---|---|---|---|
| 1 | Marital / filing status. | | | Married, filing jointly | | |
| 2 | Gross wages, salary, tips, bonuses, overtime, commissions. | | | | $13,786.11 | $0.00 |
| 3 | Income from the operation of a business, profession, or farm. | | Debtor | Spouse | $0.00 | $0.00 |
|   | Gross receipts: | | $0.00 | $0.00 | | |
|   | Ordinary and necessary business expenses: | | $0.00 | $0.00 | | |
| 4 | Rent and other real property income. | | Debtor | Spouse | $0.00 | $0.00 |
|   | Gross receipts: | | $0.00 | $0.00 | | |
|   | Ordinary and necessary operating expenses: | | $0.00 | $0.00 | | |
| 5 | Interest, dividends, and royalties. | | | | $0.00 | $0.00 |
| 6 | Pension and retirement income. | | | | $0.00 | $0.00 |
| 7 | Regular contributions to household expenses. | | | | $0.00 | $0.00 |
| 8 | Unemployment compensation. | | Debtor | Spouse | $0.00 | $0.00 |
|   | Unemployment compensation claimed to be a benefit under the Social Security Act: | | $0.00 | $0.00 | | |
| 9 | Income from all other sources. | | | | $0.00 | $0.00 |
|   | Income Source | | Debtor | Spouse | | |
| 10 | Subtotal of current monthly income. | | | | $13,786.11 | $0.00 |
| 11 | Total current monthly income. | | | | $13,786.11 | |

### Part II. Calculation of 1325(b)(4) Commitment Period

| # | Item | | |
|---|---|---|---|
| 12 | Enter the amount from Line 11. | | $13,786.11 |
| 13 | Marital adjustment. | | $0.00 |
| 14 | Current monthly income for 1325(b)(4). | | $13,786.11 |
| 15 | Annualized current monthly income for 1325(b)(4). | | $165,433.32 |
| 16 | Applicable median family income. | Household Size: Six | $85,770.00 |
| 17 | The applicable commitment period is 5 years. | | $79,663.32 |

### Part III. Application of 1325(b)(3) for Determining Disposable Income

| # | Item | |
|---|---|---|
| 18 | Enter the amount from Line 11. | $13,786.11 |
| 19 | Marital adjustment. | $0.00 |
| 20 | Current monthly income for 1325(b)(3). | $13,786.11 |
| 21 | Annualized current monthly income for 1325(b)(3). | $165,433.32 |
| 22 | Applicable median family income. | $85,770.00 |
| 23 | Disposable income is determined under 1325(b)(3). | $79,663.32 |

### Part IV. Calculation of Deductions Allowed Under 707(b)(2)

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| Line | Description | | | | | Amount |
|---|---|---|---|---|---|---|
| 24A | National Standards: food, apparel and services, housekeeping supplies, personal care, and miscellaneous. | | | | | $2,078.00 |
| 24B | National Standards: health care. | Household members under 65 years of age | | Household members 65 years of age or older | | $360.00 |
| | | a1. Allowed per member | $60.00 | a2. Allowed per member | $144.00 | |
| | | b1. Number of members | 6 | b2. Number of members | 0 | |
| | | c1. Subtotal | $360.00 | c2. Subtotal | $0.00 | |
| 25A | Local Standards: housing and utilities; utilities/maintenance expense. | | | | | $704.00 |
| 25B | Local Standards: housing and utilities; mortgage/rental expense. | | | | | $1,835.00 |
| | | | IRS Housing and Utilities Standards; mortgage/rent expense | | $1,835.00 | |
| | | | Average Monthly Payment for any debt secured by you home, if any, as stated in Line 47 | | $0.00 | |
| | | | Net mortgage/rental expense | | $1,835.00 | |
| 26 | Local Standards: housing and utilities; adjustment. | | | | | $0.00 |
| 27A | Local Standards: transportation; vehicle operation/public transportation expense. | Adjustment: | $200.00 | Number of Vehicles: | Two or more | $554.00 |
| 27B | Local Standards: transportation; additional public transportation expense. | | | | | $0.00 |
| 28 | Local Standards: transportation ownership/lease expense; Vehicle 1. | | | Number of Vehicles: | One | $309.07 |
| | | | IRS Transportation Standards, Ownership Costs | | $517.00 | |
| | | | Average Monthly Payment for any debt secured by Vehicle 1, as stated in Line 47 | | $207.93 | |
| | | | Net ownership/lease expense for Vehicle 1 | | $309.07 | |
| 29 | Local Standards: transportation ownership/lease expense; Vehicle 2. | | | | | $0.00 |
| | | | IRS Transportation Standards, Ownership Costs | | $517.00 | |
| | | | Average Monthly Payment for any debt secured by Vehicle 2, as stated in Line 47 | | $0.00 | |
| | | | Net ownership/lease expense for Vehicle 2 | | $517.00 | |
| 30 | Other Necessary Expenses: taxes. | | | | | $4,460.73 |
| 31 | Other Necessary Expenses: involuntary deductions for employment. | | | | | $0.00 |
| 32 | Other Necessary Expenses: life insurance. | | | | | $305.00 |
| 33 | Other Necessary Expenses: court-ordered payments. | | | | | $1,382.00 |
| 34 | Other Necessary Expenses: education for employment or for a physically or mentally challenged child. | | | | | $0.00 |
| 35 | Other Necessary Expenses: childcare. | | | | | $0.00 |
| 36 | Other Necessary Expenses: healthcare. | | | | | $0.00 |
| 37 | Other Necessary Expenses: telecommunication services. | | | | | $100.00 |
| 38 | **Total Expenses Allowed under IRS Standards.** | | | | | **$12,287.80** |

#### Subpart B: Additional Expense Deductions under 707(b)
(Do not include any expenses listed in 24A-37)

| Line | Description | | | Amount |
|---|---|---|---|---|
| 39 | Health Insurance, Disability Insurance, and Health Savings Account Expenses. | Health Insurance: | $259.00 | $259.00 |
| | | Disability Insurance: | $0.00 | |
| | | Health Savings Account: | $0.00 | |
| | If you do not actually expend this total amount, state your actual total average monthly expenditures. | | $0.00 | |
| 40 | Continued contributions to the care of household or family members. | | | $0.00 |
| 41 | Protection against family violence. | | | $0.00 |
| 42 | Home energy cost in excess of the allowance specified by the IRS Local Standard. | Actual Expense: | $0.00 | $0.00 |
| 43 | Education expenses for dependent children under 18. | | | $99.36 |
| 44 | Additional food and clothing expense. | Actual Expense: | $0.00 | $0.00 |
| 45 | Continued charitable contributions. | | | $0.00 |
| 46 | **Total Additional Expense Deductions under 707(b).** | | | **$358.36** |

#### Subpart C: Deductions for Debt Payment

**Future payments on secured claims.**

| Line | Creditor Name | Property Securing the Debt | Average Monthly Payment | Includes Taxes or Insurance | |
|---|---|---|---|---|---|
| 47 | WELLS FARGO AUTO | Vehicle 1 | $207.93 | No | $207.93 |

**Other payments on secured claims.**

| Line | Creditor Name | Property Securing the Debt in Default | 1/60th of the Cure Amount | |
|---|---|---|---|---|
| 48 | WELLS FARGO AUTO | Vehicle 1 | $0.00 | $0.00 |

| Line | Description | | | Amount |
|---|---|---|---|---|
| 49 | Payments on prepetition priority claims | Priority Adjustment: | $8,289.16 | $138.15 |
| 50 | Chapter 13 administrative expenses. | Projected average monthly Chapter 13 plan payment: | $1,325.00 | $98.05 |
| | | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees: | 7.40% | |
| 51 | **Total Deductions for Debt Payment.** | | | **$444.13** |

#### Subpart D: Total Deductions Allowed under 707(b)(2)

| 52 | **Total of all deductions allowed under 707(b)(2).** | **$13,090.29** |
|---|---|---|

### Part V. DETERMINATION OF DISPOSABLE INCOME UNDER 1325(b)(2)

| Line | Description | Amount |
|---|---|---|
| 53 | Total current monthly income. | $13,786.11 |
| 54 | Support income. | $0.00 |
| 55 | Qualified retirement deductions. | $0.00 |
| 56 | Total of all deductions allowed under 707(b)(2). | $13,090.29 |
| 57 | Deduction for special circumstances. | $0.00 |
| | Description / Amount | |
| 58 | Total adjustments to determine disposable income. | $13,090.29 |
| 59 | Monthly Disposable Income Under 1325(b)(2). | **$695.82** |

### Part VI. ADDITIONAL EXPENSE CLAIMS

| Line | Other Expenses. | Monthly Amount |
|---|---|---|
| 60 | Expense Description | $0.00 |

```
Removed luxury home.                                          x 60
#43 based on documentation provided.                     $41,749.20
```