THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FRANK TITUS AVIGNONE | § | CASE NO.  14-41587-R |
| XXX-XX-9679 | § | |
| 3504 FLINTSTONE DRIVE | § | CHAPTER 13 |
| PLANO, TX  75074 | § | |
| | § | |
| SARAH SIEG AVIGNONE | § | |
| XXX-XX-4933 | § | |
| | § | |
| DEBTORS | § | |

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS**
**(WITH NOTICE OF BAR DATE FOR ADDITIONAL OBJECTIONS TO CLAIMS)**

## Notice Regarding Trustee's Recommendation Concerning Claims:

THIS DOCUMENT SHALL CONSTITUTE AN **OBJECTION TO YOUR CLAIM** UNLESS THE RECOMMENDATION IN THIS DOCUMENT CONCERNING YOUR CLAIM ACCEPTS YOUR PROOF OF CLAIM PRECISELY AS FILED.

NO HEARING WILL BE CONDUCTED ON THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE TRUSTEE WITHIN **TWENTY-EIGHT (28) DAYS** FROM DATE OF SERVICE, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH RESPONSE OR OBJECTION.

IF NO OBJECTION IS TIMELY SERVED AND FILED TO THIS DOCUMENT, THE TRUSTEE'S RECOMMENDATION CONCERNING YOUR CLAIM SHALL BE SUSTAINED AS UNOPPOSED AND YOUR CLAIM SHALL BE ALLOWED ONLY AS SET FORTH IN THIS DOCUMENT.  IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING.  IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN.  THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

## Notice of Deadline for Filing Objections to Claim:

YOU ARE FURTHER NOTIFIED that the **deadline for filing an objection** to the allowance of any proof of claim filed in this case, or to avoid or otherwise challenge the validity of any security interest claimed in any proof of claim in this case, is the **twenty-first (21st) day** following the date of service of this document.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, John J. Talton, Acting Chapter 13 Trustee, in these proceedings, and making this her recommendation concerning claims, would respectfully show the Court as follows:

1.  All parties are specifically advised that, among others, LBR 3015 shall apply to this Trustee's Recommendation Concerning Claims.

2.  The time for filing claims in this proceeding has expired.  The Trustee has reviewed all of the claims filed in this proceeding. Attached are Schedules I and II containing the Trustee's recommendations as to various matters concerning claims, including the amount of each creditor's claim, as well as the extent and validity of each creditor's security interest, if any.

3.  If a party in interest disagrees with any of the Trustee's recommendations, such party may file a response to the Trustee's objections or other recommendations, or may file an objection to any claim disputed.  However, responses to the Trustee's recommendations MUST BE FILED within twenty-eight (28) days from the date of service hereof, and objections to claims MUST BE FILED within twenty-one (21) days from service hereof.  Each claim for which there is no timely filed response or objection will be treated as listed in the attached Schedules, AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT.

## VALUATION OF COLLATERAL

4.  The Court has previously made a final and binding determination of the value of certain property, which may constitute collateral securing certain creditors' claims.  These valuations are of the collateral specified and provided for under the Debtor's Plan as of the confirmation, as well as any other collateral valued at the confirmation hearing or other hearing held by the Court.  All such valuations have been given effect in the treatment of such creditor's claims as set forth in Schedules I and II.

5.  Certain creditors may have timely filed proofs of claim which evidenced a perfected security interest in additional collateral not previously valued by the Court.  The Trustee has made a recommendation to the Court in Schedules I and II concerning the value of such collateral and the treatment of each such creditor's claim herein.  Such recommendation is deemed to be a motion to determine the value of such creditor's secured claim.   UNLESS A RESPONSE IS FILED TO SUCH VALUATION AND TREATMENT OF SUCH CREDITOR'S CLAIM WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE HEREOF, SUCH VALUATION OF COLLATERAL AND TREATMENT OF THE CREDITOR'S CLAIM WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE

## TRUSTEE'S OBJECTIONS TO CLAIMS

6.  The Trustee contests the amounts or the validity or extent of the security interest listed in the proofs of claim in the attached Schedule I to the Trustee's Recommendation Concerning Claims.  If no response or objection is timely filed, such claim will be treated in the manner and amount listed on the attached Schedules to the Trustee's Recommendation Concerning Claims

7.  Parties in interest should carefully examine the attached Schedules to the Trustee's Recommendation Concerning Claims.  If any party disagrees with the Trustee's recommendation concerning the amount or status of any claim, such party must file a response within twenty-eight (28) days from the date of service hereof, or the Trustee's recommendation will become final and binding.

8.  If the Trustee's recommendation concerning any claim differs from the amount indicated in the creditor's Proof of Claim, the recommendation is deemed to be an objection to such claim.  Unless a timely response or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount listed in the attached Schedules to the Trustee's Recommendation Concerning Claims.

9.  If the Trustee's recommendation concerning a creditor's claim indicates that such creditor is not a secured creditor, the recommendation is deemed to be an action to determine the validity of such creditor's security interest or to avoid such creditor's security interest.  Unless a timely response or objection is filed contesting the Trustee's recommendation, the security interest will be avoided or disallowed in accordance with the attached Schedules to the Trustee's Recommendation Concerning Claims.

CREDITORS SHOULD TAKE NOTICE THAT THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS MAY INCLUDE AN OBJECTION TO THE AMOUNT OF A CREDITOR'S PROOF OF CLAIM OR TO A CREDITOR'S SECURED STATUS.  PARTIES MUST RESPOND WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE HEREOF OR THE ATTACHED TREATMENT OF SUCH CLAIM WILL BE FINAL.

10. The amounts in the attached Schedule II to the Trustee's Recommendation Concerning Claims were taken directly from the proofs of claims.  The Trustee does not contest these claims.  If the Debtors or any creditors contest any of these claims, an objection to each claim must be filed within twenty-one (21) days from the date of service hereof.

## NOTICE OF BAR DATE FOR OBJECTIONS TO CLAIMS

CREDITORS SHOULD TAKE NOTICE THAT THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS MAY INCLUDE AN OBJECTION TO THE AMOUNT OF A CREDITOR'S PROOF OF CLAIM OR TO A CREDITOR'S SECURED STATUS.  PARTIES MUST RESPOND WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE HEREOF OR THE ATTACHED TREATMENT OF SUCH CLAIM WILL BE FINAL.

11. Responses to the Trustee's recommendation must be filed within twenty-eight (28) days from the date of service hereof, and additional objections to claims must be filed within twenty-one (21) days from the date of service hereof, with the United States Bankruptcy Clerk, 660 North Central Expressway, Plano, TX  75074, and served on the appropriate parties in accordance with the Bankruptcy Rules.

Respectfully submitted,

/s/ Shelly Terrill
John J. Talton, Acting Chapter 13 Trustee, TBN 19629700
Shelly Terrill, TBN 00794788
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas  75074
(972) 943-2580 / Fax (972) 943-8050

CASE NO: 14-41587-R

## SECTION I

| CREDITOR | AMOUNT | INTEREST RATE | CLAIM TYPE |
|---|---|---|---|
| | | MONTHLY PAYMENT | DESCRIPTION |
| | | | TREATMENT |
| ARS NATIONAL SERVICE<br>PO BOX 463023<br>ESCONDIDO, CA 92046-3023 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| AT&T<br>PO BOX 630060<br>DALLAS, TX 75263-0060 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| AT&T MOBILITY<br>C/O CCS<br>TWO WELLS AVE<br>NEWTON, MA 02459 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| AUERBACK ALBERT & GOLD<br>12801 N. CENTRAL EXPWY.<br>DALLAS, TX 75243 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>SERVICES PROVIDED<br>CLAIM NOT TO BE PAID |
| BANK OF AMERICA | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| BENJAMIN ALBRITTON<br>8411 PRESTON RD. STE. 675<br>DALLAS, TX 75225 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>SERVICES PROVIDED<br>CLAIM NOT TO BE PAID |
| BLAKE MITCHELL<br>17103 PRESTON RD. STE. 288<br>DALLAS, TX 75248 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>SERVICES PROVIDED<br>CLAIM NOT TO BE PAID |

| | | | |
|---|---|---|---|
| CITIBANK SOUTH DAKOTA NA<br>701 E. 60TH STREET NORTH<br>SIOUX FALLS, SD 57104 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>CREDIT CARD - CITIBANK<br>CLAIM NOT TO BE PAID |
| COLLIN COUNTY TAX<br>ASSESSOR/COLLECTOR<br>C/O GAY MCCALL ISAACKS ET AL<br>777 EAST 15TH STREET<br>PLANO, TX 75074-5799 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| COLLIN COUNTY TAX<br>ASSESSOR/COLLECTOR<br>P. O. BOX 8046<br>MCKINNEY, TX 75070-8046 | 10,110.19 | 0.00<br><br>0.00 | TAXES SECURED<br><br>COURT CLAIM REGISTRY # 3<br>2014 PROPERTY TAXES<br>TO BE PAID DIRECT BY DEBTOR |
| COPPER BEECH<br>1051 SOUTHERN DR.<br>COLUMBIA, SC 29201 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CREDIT COLLECTION SERVICES<br>3451 HARRY S. TRUMAN BLVD.<br>ST. CHARLES, MO 63301-4047 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CREDIT SYSTEMS INC.<br>1485 GARDENT OF THE GODS RD. STE.<br>120<br>COLORADO SPRINGS, CO 80907 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| DEPARTMENT OF EDUCATION<br>FEDLOAN SERVICING<br>P. O. BOX 530210<br>ATLANTA, GA 30353-0210 | 133,307.20 | 0.00<br><br>0.00 | UNSECURED<br><br>COURT CLAIM REGISTRY # 9<br>STUDENT LOAN<br>TO BE PAID DIRECT BY DEBTOR |
| DEPARTMENT OF TREASURY<br>PO BOX 249<br>MEMPHIS, TN 38101 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| DEPT. OF EDUCATION<br>PO BOX 530210<br>ATLANTA, GA 30353 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

| | | | |
|---|---|---|---|
| FEDLOAN SERVICING<br>P. O. BOX 69184<br>HARRISBURG, PA 17106-9184 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| FIA CARD SERVICES<br>2727 PACES FERRY ROAD<br>ONCE PAXES WEST 14TH FLOOR<br>ATLANTA, GA 30339 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>CREDIT CARD - BANK OF AMERICA<br>CLAIM NOT TO BE PAID |
| FRANK TITUS AVIGNONE III<br>6657 NORTH TRENNOLM DR.<br>COLUMBIA, SC 29206 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| GREEN PLANET SERVICING<br>321 RESEARCH PKWY. STE. 303<br>MERIDEN, CT 06450 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>OPERATIONS<br>P. O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| INTERNAL REVENUE SERVICE<br>P. O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| INTERNAL REVENUE SERVICE<br>P. O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 12,345.83 | 0.00<br><br>0.00 | PRIORITY<br><br>COURT CLAIM REGISTRY # 6<br>2010-2011 INCOME TAXES<br>TO BE PAID AS PRIORITY PER PARA 5(B) OF PLAN |
| INTERNAL REVENUE SERVICE-SP<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| J.A. CAMBECE LAW OFFICE<br>200 CUMMINGS PARK STE. 1730<br>BEVERLY, MA 01915 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

| | | | |
|---|---|---|---|
| LAWRENCE SIEG<br>3504 FLINTSTONE DR.<br>PLANO, TX 75074 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| LINDA LARUE<br>QUILLING, SELANDER, CUMMISKEY &<br>LOWNDS<br>2001 BRYAN STREET<br>SUITE 1800<br>DALLAS, TX 75201-3071 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| LINDA S. LARUE<br>QUILLING, SELANDER, LOWNDS,<br>WINSLETT & MOSER P.C.<br>2001 BRYAN ST., STE. 1800<br>DALLAS, TX 75201 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| LISA AVIGNONE<br>4121 BURNHILL DRIVE<br>PLANO, TX 75024 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| LISA AVIGNONE-POTTER<br>4121 BURNHILL DRIVE<br>PLANO, TX 75024-7308 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| LISA E. AVIGNONE-POTTER<br>C/O LINDA S. LARUE<br>QSLWM, PC<br>2001 BRYAN ST., STE 1800<br>DALLAS, TX 75201-3070 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| LISA E. AVIGNONE-POTTER<br>4121 BUMHILL DRIVE<br>PLANO, TX 75024 | 29,417.10 | 0.00<br><br>245.14 | AMOUNT OF $14708.55 TO BE PAID PRIORITY<br><br>COURT CLAIM REGISTRY # 5<br>DSO OBLIGATION<br>TRUSTEE TO PAY $14708.55 PER CONF ORD |
| MARK J. BLOTSKY MD<br>8226 DOUGLAS AVE. STE. 805<br>DALLAS, TX 75225 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| MCCARTHY BURGESS & WOLFF<br>26000 CANNON RD.<br>CLEVELAND, OH 44146 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

| | | | |
|---|---|---|---|
| MCCURLEY ORSINGER MCCURLEY NELSON & D<br>5950 SHERRY LANE 8TH FLOOR<br>DALLAS, TX 75225 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| MIDLAND CREDIT MANAGEMENT<br>8875 AERO DRIVE STE. 200<br>SAN DIEGO, CA 92123 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| MIDLAND CREDIT MANAGEMENT INC.<br>P.O. BOX 60578<br>LOS ANGELES, CA 90060 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| NATIONAL ENTERPRISE SYSTEMS<br>29125 SOLON ROAD<br>SOLON, OH 44139 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| PLANET HOME LENDING, LLC<br>321 RESEARCH PARKWAY, STE 303<br>MERIDEN, CT 06450 | 37,761.67 | 3.75<br><br>0.00 | MORTGAGE ARREARAGE<br><br>COURT CLAIM REGISTRY # 8<br>HOMESTEAD ARREARS<br>TO BE PAID IN FULL |
| PLANET HOME LENDING, LLC<br>321 RESEARCH PARKWAY, STE 303<br>MERIDEN, CT 06450 | 604,233.71 | 0.00<br><br>0.00 | MORTGAGE ON-GOING PAYMENTS<br><br>COURT CLAIM REGISTRY # 8<br>HOMESTEAD<br>TO BE PAID DIRECT BY DEBTOR |
| PLANET HOME LENDING, LLC<br>C/O PRUYN LAW FIRM, PLLC<br>2311 CANAL STREET, SUITE 124<br>HOUSTON, TX 77003 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| PREVOST & SHAFF<br>1518 LEGACY DRIVE, SUITE 260<br>FRISCO, TX 75034-6038 | 2,581.00 | 0.00<br><br>0.00 | ATTORNEY FEE<br><br>$419.00 FEES PAID DIRECT<br>TO BE PAID AS ADMINISTRATIVE |
| PREVOST & SHAFF<br>1518 LEGACY DR. SUITE 260<br>FRISCO, TX 75034 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

| | | | |
|---|---|---|---|
| PRUYN LAW FIRM, PLLC<br>2311 CANAL STREET, SUITE 124<br>HOUSTON, TX 77003 | 0.00 | 0.00<br><br>0.00 | NOTICE OF APPEARANCE |
| RECOVERY MANAGEMENT SYSTEMS<br>CORPORATION<br>25 SOUTHEAST 2ND AVENUE, SUITE<br>1120<br>MIAMI, FL 33131-1605 | 0.00 | 0.00<br><br>0.00 | NOTICE OF APPEARANCE |
| SECOND ROUND LP<br>PO BOX 41955<br>AUSTIN, TX 78704 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| TATE & KIRLIN ASSOCIATES<br>2810 SOUTH HAMPTON RD.<br>PHILADELPHIA, PA 19154 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| TERESA CLARK EVANS<br>QUILLIN SELANDER<br>2001 BRYAN STREET STE. 1800<br>DALLAS, TX 75201 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| TERESA EVANS<br>QUILLING, SELANDER, LOWNDS,<br>WINSLETT & MOSER P.C.<br>2001 BRYAN ST., STE. 1800<br>DALLAS, TX 75201 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| TESSA BROMLEY<br>ATTORNEY AT LAW<br>PO BOX 173<br>MCKINNEY, TX 75070 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>SERVICES PROVIDED<br>CLAIM NOT TO BE PAID |
| TEXAS CHILD SUPPORT<br>PO BOX 959791<br>SAN ANTONIO, TX 78265 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| THOMAS D. PRUYN<br>PRUYN LAW FIRM, PLLC<br>2616 S. LOOP WEST<br>HOUSTON, TX 77054-2662 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

| | | | |
|---|---|---|---|
| U.S. ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>MAIN JUSTICE BUILDING<br>10TH & CONSTITUTION AVE., NW<br>WASHINGTON, DC 20530-0001 | 0.00<br><br>0.00 | 0.00 | NOTICE ONLY |
| U.S. DEPARTMENT OF EDUCATION<br>P. O. BOX 530229<br>ATLANTA, GA 30353-0229 | 19,496.92 | 0.00<br><br>0.00 | UNSECURED<br><br>COURT CLAIM REGISTRY # 7<br>STUDENT LOAN<br>TO BE PAID DIRECT BY DEBTOR |
| UNITED STATES ATTORNEYS OFFICE<br>110 NORTH COLLEGE AVENUE<br>SUITE 700<br>TYLER, TX 75702-0204 | 0.00<br><br>0.00 | 0.00 | NOTICE ONLY |
| UNITED STATES TRUSTEES OFFICE<br>110 NORTH COLLEGE AVENUE SUITE<br>300<br>TYLER, TX 75702-7231 | 0.00<br><br>0.00 | 0.00 | NOTICE ONLY |
| US DEPARTMENT OF EDUCATION<br>PO BOX 530229<br>ATLANTA, GA 30353 | 0.00<br><br>0.00 | 0.00 | NOTICE ONLY |
| US DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>P. O. BOX 8973<br>MADISON, WI 53708-8973 | 0.00<br><br>0.00 | 0.00 | NOTICE ONLY |
| US DEPARTMENT OF EDUCATION<br>P. O. BOX 530210<br>ATLANTA, GA 30353 | 0.00<br><br>0.00 | 0.00 | NOTICE ONLY |
| US TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>110 NORTH COLLEGE AVENUE, SUITE<br>300<br>TYLER, TX 75702-7231 | 0.00<br><br>0.00 | 0.00 | NOTICE ONLY |
| WELLS FARGO AUTO<br>PO BOX 29704<br>PHOENIX, AZ 85038 | 0.00<br><br>0.00 | 0.00 | NOTICE ONLY |

| | | | |
|---|---|---|---|
| WELLS FARGO AUTO FINANCE<br>P. O. BOX 29706<br>PHOENIX, AZ 85038-9706 | 7,688.80 | 8.00 | SECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 4<br>2007 GMC YUKON XL<br>TO BE PAID AS SECURED, COLLATERAL VALUED |
| WELLS FARGO BANK, N.A.<br>435 FORD ROAD, SUITE 300<br>ST. LOUIS PARK, MN 55426-1063 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| ZWICKER & ASSOCIATES<br>80 MINUTEMAN RD.<br>ANDOVER, MA 01810 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |

CASE NO: 14-41587-R

## SECTION II

| CREDITOR | AMOUNT | INTEREST RATE | CLAIM TYPE |
|---|---|---|---|
| | | MONTHLY PAYMENT | DESCRIPTION |
| | | | TREATMENT |
| AT&T MOBILITY II LLC<br>C/O AT&T SERVICES INC<br>KAREN CAVAGNARO PARALEGAL<br>ONE AT&T WAY ROOM 3A104<br>BEDMINSTER, NJ 07921-2693 | 1,984.29 | 0.00<br><br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 1<br>SERVICES PROVIDED<br>TO BE PAID AS UNSECURED |
| CACH LLC<br>4340 SOUTH MONACO STREET, 2ND FLOOR<br>DENVER, CO 80237 | 1,903.85 | 0.00<br><br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 2<br>CREDIT CARD - WELLS FARGO<br>TO BE PAID AS UNSECURED |
| INTERNAL REVENUE SERVICE<br>P. O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 4,390.87 | 0.00<br><br>0.00 | UNSECURED<br>COURT CLAIM REGISTRY # 6<br>IMCOME TAX PENALTIES & INTEREST<br>TO BE PAID AS UNSECURED |

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:                                          §
                                                §
FRANK TITUS AVIGNONE                            §          CASE NO.  14-41587-R
XXX-XX-9679                                      §
3504 FLINTSTONE DRIVE                            §          CHAPTER 13
PLANO, TX  75074                                 §
                                                §
SARAH SIEG AVIGNONE                             §
XXX-XX-4933                                      §
                                                §
DEBTORS                                         §

CERTIFICATE OF SERVICE

     This is to certify that a true and correct copy of the foregoing  TRUSTEE'S RECOMMENDATION CONCERNING
CLAIMS(WITH NOTICE OF BAR DATE FOR ADDITIONAL OBJECTIONS TO CLAIMS ) has been served upon the following
parties in interest on or before the date set forth below by electronic mail and/or by mailing a copy of same to them via first class mail .
If no address is listed, no notice was sent to that party .

     FRANK TITUS AVIGNONE
     SARAH SIEG AVIGNONE
     3504 FLINTSTONE DRIVE
     PLANO, TX  75074

     PREVOST & SHAFF
     1518 LEGACY DRIVE, SUITE 260
     FRISCO, TX  75034-6038

and to the parties on the attached mailing matrix.

Dated:   April 20, 2015                          /s/ John J. Talton, Acting Chapter 13 Trustee
                                                 Office of the Standing Chapter 13 Trustee

PLA_TrusteesRecommendationClaims (7/22/2013)

* ARS NATIONAL SERVICE
PO BOX 463023
ESCONDIDO, CA  92046-3023

AT&T
PO BOX 630060
DALLAS, TX  75263-0060

* AT&T MOBILITY
C/O CCS
TWO WELLS AVE
NEWTON, MA  02459

* AT&T MOBILITY II LLC
C/O AT&T SERVICES INC
KAREN CAVAGNARO PARALEGAL
ONE AT&T WAY ROOM 3A104
BEDMINSTER, NJ  07921-2693

AUERBACK ALBERT & GOLD
12801 N. CENTRAL EXPWY.
DALLAS, TX  75243

BENJAMIN ALBRITTON
8411 PRESTON RD. STE. 675
DALLAS, TX  75225

BLAKE MITCHELL
17103 PRESTON RD. STE. 288
DALLAS, TX  75248

* CACH LLC
4340 SOUTH MONACO STREET, 2ND
FLOOR
DENVER, CO  80237

* CITIBANK SOUTH DAKOTA NA
701 E. 60TH STREET NORTH
SIOUX FALLS, SD  57104

* COLLIN COUNTY TAX
ASSESSOR/COLLECTOR
C/O GAY MCCALL ISAACKS ET AL
777 EAST 15TH STREET
PLANO, TX  75074-5799

COLLIN COUNTY TAX
ASSESSOR/COLLECTOR
P. O. BOX 8046
MCKINNEY, TX  75070-8046

COPPER BEECH
1051 SOUTHERN DR.
COLUMBIA, SC  29201

CREDIT COLLECTION SERVICES
3451 HARRY S. TRUMAN BLVD.
ST. CHARLES, MO  63301-4047

CREDIT SYSTEMS INC.
1485 GARDENT OF THE GODS RD. STE.
120
COLORADO SPRINGS, CO  80907

DEPARTMENT OF EDUCATION
FEDLOAN SERVICING
P. O. BOX 530210
ATLANTA, GA  30353-0210

* DEPARTMENT OF TREASURY
PO BOX 249
MEMPHIS, TN  38101

DEPT. OF EDUCATION
PO BOX 530210
ATLANTA, GA  30353

FEDLOAN SERVICING
P. O. BOX 69184
HARRISBURG, PA  17106-9184

FIA CARD SERVICES
2727 PACES FERRY ROAD
ONCE PAXES WEST 14TH FLOOR
ATLANTA, GA  30339

FRANK TITUS AVIGNONE III
6657 NORTH TRENNOLM DR.
COLUMBIA, SC  29206

GREEN PLANET SERVICING
321 RESEARCH PKWY. STE. 303
MERIDEN, CT  06450

INTERNAL REVENUE SERVICE
P. O. BOX 7317
PHILADELPHIA, PA  19101-7317

* INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
P. O. BOX 7346
PHILADELPHIA, PA  19101-7346

* INTERNAL REVENUE SERVICE
P. O. BOX 7346
PHILADELPHIA, PA  19101-7346

* INTERNAL REVENUE SERVICE-SP
PO BOX 7346
PHILADELPHIA, PA  19101-7346

J.A. CAMBECE LAW OFFICE
200 CUMMINGS PARK STE. 1730
BEVERLY, MA  01915

LAWRENCE SIEG
3504 FLINTSTONE DR.
PLANO, TX  75074

LINDA LARUE
QUILLING, SELANDER, CUMMISKEY &
LOWNDS
2001 BRYAN STREET
SUITE 1800
DALLAS, TX  75201-3071

LINDA S. LARUE
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER P.C.
2001 BRYAN ST., STE. 1800
DALLAS, TX  75201

LISA AVIGNONE
4121 BURNHILL DRIVE
PLANO, TX  75024

LISA AVIGNONE-POTTER
4121 BURNHILL DRIVE
PLANO, TX  75024-7308

LISA E. AVIGNONE-POTTER
C/O LINDA S. LARUE
QSLWM, PC
2001 BRYAN ST., STE 1800
DALLAS, TX  75201-3070

LISA E. AVIGNONE-POTTER
4121 BUMHILL DRIVE
PLANO, TX  75024

MARK J. BLOTSKY MD
8226 DOUGLAS AVE. STE. 805
DALLAS, TX  75225

* MCCARTHY BURGESS & WOLFF
26000 CANNON RD.
CLEVELAND, OH  44146

MCCURLEY ORSINGER MCCURLEY
NELSON & D
5950 SHERRY LANE 8TH FLOOR
DALLAS, TX  75225

* MIDLAND CREDIT MANAGEMENT
8875 AERO DRIVE STE. 200
SAN DIEGO, CA  92123

* MIDLAND CREDIT MANAGEMENT INC.
P.O. BOX 60578
LOS ANGELES, CA  90060

* NATIONAL ENTERPRISE SYSTEMS
29125 SOLON ROAD
SOLON, OH  44139

PLANET HOME LENDING, LLC
C/O PRUYN LAW FIRM, PLLC
2311 CANAL STREET, SUITE 124
HOUSTON, TX  77003

PLANET HOME LENDING, LLC
321 RESEARCH PARKWAY, STE 303
MERIDEN, CT  06450

PREVOST & SHAFF
1518 LEGACY DR. SUITE 260
FRISCO, TX  75034

PRUYN LAW FIRM, PLLC
2311 CANAL STREET, SUITE 124
HOUSTON, TX  77003

* RECOVERY MANAGEMENT SYSTEMS
CORPORATION
25 SOUTHEAST 2ND AVENUE, SUITE 1120
MIAMI, FL  33131-1605

SECOND ROUND LP
PO BOX 41955
AUSTIN, TX  78704

TATE & KIRLIN ASSOCIATES
2810 SOUTH HAMPTON RD.
PHILADELPHIA, PA  19154

TERESA CLARK EVANS
QUILLIN SELANDER
2001 BRYAN STREET STE. 1800
DALLAS, TX  75201

TERESA EVANS
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER P.C.
2001 BRYAN ST., STE. 1800
DALLAS, TX  75201

TESSA BROMLEY
ATTORNEY AT LAW
PO BOX 173
MCKINNEY, TX  75070

TEXAS CHILD SUPPORT
PO BOX 959791
SAN ANTONIO, TX  78265

THOMAS D. PRUYN
PRUYN LAW FIRM, PLLC
2616 S. LOOP WEST
HOUSTON, TX  77054-2662

U.S. ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
MAIN JUSTICE BUILDING
10TH & CONSTITUTION AVE., NW
WASHINGTON, DC  20530-0001

U.S. DEPARTMENT OF EDUCATION
P. O. BOX 530229
ATLANTA, GA  30353-0229

UNITED STATES ATTORNEYS OFFICE
110 NORTH COLLEGE AVENUE
SUITE 700
TYLER, TX  75702-0204

* UNITED STATES TRUSTEES OFFICE
  110 NORTH COLLEGE AVENUE SUITE 300
  TYLER, TX  75702-7231

US DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
P. O. BOX 8973
MADISON, WI  53708-8973

US DEPARTMENT OF EDUCATION
P. O. BOX 530210
ATLANTA, GA  30353

US DEPARTMENT OF EDUCATION
PO BOX 530229
ATLANTA, GA  30353

* US TRUSTEE
  OFFICE OF THE U.S. TRUSTEE
  110 NORTH COLLEGE AVENUE, SUITE 300
  TYLER, TX  75702-7231

* WELLS FARGO AUTO
  PO BOX 29704
  PHOENIX, AZ  85038

WELLS FARGO AUTO FINANCE
P. O. BOX 29706
PHOENIX, AZ  85038-9706

* WELLS FARGO BANK, N.A.
  435 FORD ROAD, SUITE 300
  ST. LOUIS PARK, MN  55426-1063

ZWICKER & ASSOCIATES
80 MINUTEMAN RD.
ANDOVER, MA  01810