THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 14-41587-R |
| FRANK TITUS AVIGNONE | § | |
| XXX-XX-9679 | § | CHAPTER 13 |
| 3504 FLINTSTONE DRIVE | § | |
| PLANO, TEXAS 75074 | § | |
| | § | |
| SARAH SIEG AVIGNONE | § | |
| XXX-XX-4933 | § | |
| | § | |
| DEBTORS | § | |

## OBJECTION TO TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS

Tessa S. Bromley, an unsecured creditor of Frank Titus Avignone, and listed as such in this proceeding, OBJECTS to the Trustee's Recommendation Concerning Claims as received.

In support, Tessa S. Bromley, would show the trustee:

1) The Trustee's recommendation indicates the claim was not filed.
2) Original proof of claim was mailed, but apparently not received by or filed with the Court.
3) Tessa S. Bromley did not receive notice of or a copy of the proposed plan and was therefore not on notice that the claim would not be paid.
4) The proof of claim was late-filed on or about 05/07/15.
5) The Trustee's recommendation in the current plan is that the claim not be paid.

Tessa S. Bromley respectfully requests that the Trustee reconsider the plan as proposed and amend the plan to include a recommendation for payment of the claim as filed.

Respectfully Submitted,

Tessa S. Bromley
PO Box 173
McKinney, Texas 75070

Objection to Trustee's Recommendation Concerning Claim                                Page 1

Phone: 214.298.8830

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2015, a true and correct copy of the foregoing instrument was served upon counsel of record, with said service being effectuated by the following method: AND BANKRUPTCY TRUSTEE

| | |
|---|---|
| _____ | Certified Mail/Return Receipt Requested |
| _____ | Hand Delivery |
| _____ | Telecopy |
| \_\_\_X\_\_\_\_ | Regular U.S. Mail |

*Tessa S. Bromley* (signature)

Tessa S. Bromley