THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 14-41587-R |
| FRANK TITUS AVIGNONE | § | |
| XXX-XX-9679 | § | CHAPTER 13 |
| 3504 FLINTSTONE DRIVE | § | |
| PLANO, TEXAS 75074 | § | |
| | § | |
| SARAH SIEG AVIGNONE | § | |
| XXX-XX-4933 | § | |
| | § | |
| DEBTORS | § | |

**FIRST AMENDED MOTION TO ALLOW LATE FILING OF PROOF OF CLAIM AND TO DEEM SUCH PROOF OF CLAIM TIMELY FILED**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW, Tessa S. Bromley (hereinafter referred to as "Bromley") and hereby moves the Court for an Order pursuant to 11 U.S.C. §501 and Bankruptcy Rules 3002 and 9006 allowing the late filing of a Proof of Claim and requesting that said Proof of Claim be treated as timely filed. In support of said Motion, Tessa S. Bromley would respectfully show as follows:

I.

Debtor filed a voluntary petition under 11 U.S.C. Chapter 13 on or about July 28, 2014.

II.

Debtor's Section 341 Meeting of Creditors was held on September 11, 2014.

III.

The Statutory Bar Date for the filing of claims was set by the Court as December 10, 2014. The Governmental Unit Bar Date was set as January 26, 2015.

IV.

Bromley failed to have a "*Proof of Claim*" filed by the Statutory Bar Date. This was not a result of conscious indifference, but rather mistake or omission. Bromley had no notice that a

"*Proof of Claim*" had not been received and/or filed by the Clerk, until receipt of the "*Trustee's Recommendation Concerning Claims*," on or about April 22, 2015. Bromley was then notified, based on the recommendation that the claim not be paid due to failure to file a claim, that a "*Proof of Claim*" had never been filed. Bromley subsequently late-filed the "*Proof of Claim*" on May 7, 2015.

V.

Bromley is an unsecured creditor of Debtor based upon Debtor's breach of contract with regard to a Contract for legal services between Debtor and Bromley dated October 28, 2013 as filed with the "*Proof of Claim*."

VII.

Debtor is not disputing the "*Proof of Claim*" as filed on May 7, 2015.

VIII.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY (20) DAYS FROM DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

WHEREFORE, PREMISES CONSIDERED, Bromley respectfully prays that the Court enter an Order treating the above-referenced claim as timely-filed, and for such other and further relief, general or special, at or in equity, to which she may show herself justly entitled.

Respectfully Submitted,

*/s/ Tessa S. Bromley*
Tessa S. Bromley
PO Box 173
McKinney, Texas 75070
Phone: 214.298.8830
Fax: 972.542.0883

## CERTIFICATE OF SERVICE

    This is to hereby certify that a true and correct copy of the above and foregoing First Amended Motion to Allow Late-Filing of Proof of Claim and to Deem Such Proof of Claim Timely Filed has been forwarded via United States' regular mail or electronically, to the parties listed below on this, the 25th day of August, 2015.

X    Jana Countryman
      PO Box 941166
      Plano, Texas 75094-1166

X    Louis Shaff
      PREVOST & SHAFF
      1518 Legacy Drive, Suite 260
      Frisco, Texas 75034

X    All parties as set forth on the attached service list

/s/ Tessa S. Bromley
Tessa S. Bromley

| | | |
|---|---|---|
| ARS National Service<br>PO Box 463023<br>Escondido, CA 92046-3023 | AT&T<br>PO Box 630060<br>Dallas, TX 75263 | AT&T Mobility<br>c/o CCS<br>Two Wells Ave.<br>Newton, MA 02459-3225 |
| AT&T Mobility II, LLC<br>% AT&T Services, Inc.<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Auberback Albert & Gold<br>12801 Central Expwy<br>Dallas, TX 75243-1716 | Frank Titus Avignone IV<br>3504 Flintstone Dr.<br>Plano, TX 75074-7774 |
| Sarah Sieg Avignone<br>3504 Flintstone Dr.<br>Plano, TX 75074-7774 | Benjamin Albritton<br>8411 Preston Rd., Ste 675<br>Dallas, TX 75225-5507 | Blake Mitchell<br>17103 Preston Rd., Ste. 288<br>Dallas, TX 75248-1372 |
| CACH, LLC<br>4340 S. Monaco St.<br>2nd Floor<br>Denver, CO 80237-3485 | Collin County Tax Assessor/Collector<br>c/o Gay McCall Isaacks et al<br>777 E. 15th St.<br>Plano, TX 75074-5799 | Citibank South Dakota, NA<br>701 E. 60th St. North<br>Sioux Falls, ND 57104—0493 |
| Copper Beach<br>1051 Southern Dr.<br>Columbia, SC 29201-5189 | Janna Countryman<br>PO Box 941166<br>Plano, TX 75094-1166 | Credit Collection Services<br>3451 Harry S. Truman Blvd.<br>St. Charles, MO 63301-4047 |
| Credit Systems, Inc.<br>1485 Gardent of the Gods Rd., Ste. 120<br>Colorado Springs, CO 80907-3305 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Dept. of Education<br>PO Box 530210<br>Atlanta, GA 30353-0210 |
| FIA Card Services<br>2727 Paces Ferry Rd.<br>Once Paxes West, 14th Floor<br>Atlanta, GA 30339-4053 | Frank Titus Avignone III<br>6657 North Trennola Dr.<br>Columbia, SC 29206-2141 | Green Planet Servicing<br>321 Research Pkwy, Ste.303<br>Meriden, CT 06450-8342 |
| Internal Revenue Services-SP<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | J.A. Cambece Law Office<br>200 Cummings Park, Ste.1730<br>Beverly, MA 01915-6190 | Lawrence Sieg<br>3504 Flintstone Dr.<br>Plano, TX 75074-7774 |
| Lisa Avignone<br>4121 Burnhill Dr.<br>Plano, TX 75024-7308 | Lisa Avignone-Potter<br>4121 Burnhill Dr.<br>Plano, TX 75024-5930 | Mark J. Blotky, MD<br>8226 Douglas Ave. Ste.805<br>Dallas, TX 75225-5930 |
| Mark J. Blotky, MD<br>8226 Douglas Ave., Ste. 805<br>Dallas, TX 75225-5930 | McCarthy, Burgess & Wolff<br>26000 Cannon Rd.<br>Cleveland, OH 44146-1807 | McCurley, Orsinger, McCurley, Nelson<br>5950 Sherry Ln., 8th Floor<br>Dallas, TX 75225-6533 |

| | | |
|---|---|---|
| Midland Credit Management<br>8875 Aero Dr., Ste. 200<br>San Diego, CA 92123-2255 | Midland Credit Management<br>PO Box 60578<br>Los Angeles, CA 90060-0578 | National Enterprise Systems<br>29125 Solon Road<br>Solon, OH 44139-3442 |
| Prevost & Shaff<br>1518 Legacy Dr., Ste. 260<br>Frisco, TX 75034-6042 | Second Round, LP<br>PO Box 41955<br>Austin, TX 78704-0033 | Louis Shaff<br>Prevost & Shaff<br>1518 Legacy Dr., Ste. 260<br>Frisco, TX 75034-6042 |
| Tate & Kirlin Associates<br>2810 South Hampton Rd.<br>Philadelphia, PA 19154-1207 | Teresa Clark Evans<br>Quillin Selander<br>2001 Bryan St., Ste. 1800<br>Dallas, TX 75201-3071 | Tessa Bromley<br>Attorney at Law<br>PO Box 173<br>McKinney, TX 75070-8133 |
| Texas Child Support<br>PO Box 959791<br>San Antonio, TX 78265 | US Attorney General<br>Dept. of Justice<br>Main Justice Bldg.<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Dept. of Education<br>PO Box 530210<br>Atlanta, GA 30353-0210 |
| US Dept. of Education<br>PO Box 530229<br>Atlanta, GA 30353-0229 | US Trustee<br>Office of the US Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | Wells Fargo Auto<br>PO Box 29704<br>Phoenix, AZ 85038-9704 |
| Wells Fargo Auto Finance<br>PO Box 29706<br>Phoenix, AZ 85038-9706 | Wells Fargo Bank, NA<br>435 Ford Rd., Ste. 300<br>St. Louis Park, MN 55426-4938 | Zwicker & Associates<br>80 Minuteman Rd.<br>Andover, MA 01810-1008 |