THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FRANK TITUS AVIGNONE | § | CASE NO. 14-41587-R |
| XXX-XX-9679 | § | |
| 3504 FLINTSTONE DRIVE | § | CHAPTER 13 |
| PLANO, TX 75074 | § | |
| | § | |
| SARAH SIEG AVIGNONE | § | |
| XXX-XX-4933 | § | |
| | § | |
| DEBTORS | § | |

## TRUSTEE'S OBJECTION TO DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION

TO THE HONORABLE JUDGE OF THE UNITED STATES BANKRUPTCY COURT:

COMES NOW CAREY D. EBERT, the Standing Chapter 13 Trustee, and files this Objection to Debtors' Motion to Modify Chapter 13 Plan After Confirmation in the above styled case, and for cause would show the Court the following:

The Trustee objects to the Debtors' Motion to Modify Chapter 13 Plan After Confirmation on the following grounds:

The order proposes to relieve the attorney from representation without cause.

WHEREFORE, PREMISES CONSIDERED, Carey D. Ebert, The Standing Chapter 13 Trustee, prays that the Court set a hearing on the matter and enter an order denying the Debtors' Motion to Modify Chapter 13 Plan After Confirmation and providing such other relief as is just and equitable.

Respectfully submitted,

/s/ Shelly Terrill
Carey D. Ebert, Chapter 13 Trustee, TBN 05332500
Shelly Terrill, TBN 00794788
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

PLA_Objection_PlanMod

# CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing Objection to Debtors' Motion to Modify Chapter 13 Plan After Confirmation has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

| | |
|---|---|
| FRANK TITUS AVIGNONE<br>SARAH SIEG AVIGNONE<br>3504 FLINTSTONE DRIVE<br>PLANO, TX  75074 | PREVOST & SHAFF<br>1518 LEGACY DRIVE, SUITE 260<br>FRISCO, TX  75034-6038 |
| PRUYN LAW FIRM, PLLC<br>2311 CANAL STREET, SUITE 124<br>HOUSTON, TX  77003 | RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>25 SOUTHEAST 2ND AVENUE, SUITE 1120<br>MIAMI, FL  33131-1605 |

Dated: <u>March 10, 2016</u>         /s/ Shelly Terrill  
                                                   Office of the Standing Chapter 13 Trustee