# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NO. 14-41587 |
| **Frank Titus Avignone IV & Sarah Avignone** | * | |
| | * | CHAPTER 13 |
| Debtors | * | |

### AGREED ORDER ON LISA E. AVIGNONE-POTTER'S OBJECTION TO FRANK AVIGNONE'S ENTITLEMENT TO CHAPTER 13 DISCHARGE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

Came on before the Court on the date set forth below the Objection filed by Lisa E. Avignone-Potter (hereinafter "Movant") to Frank Avignone's Entitlement to Chapter 13 Discharge Order filed in the above referenced cause. Noting the agreement of Frank Titus Avignone (hereinafter "Debtor") and Lisa Avignone-Potter's agreement, shown by counsels' signatures below, the Court finds that good cause exists for entry of the following order.

Debtor disagrees with the amount alleged by Lisa Avignone-Potter. To cure the Objection, however, the Debtor has reached an agreement with the Movant.

Debtor has paid the amount of $12,165.60 into the IOLTA account of Linda LaRue, attorney for Movant. Movant agrees that all post-petition obligations owed to Movant through and including October 28, 2019, have been paid.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Objection filed on October 14, 2019 is hereby resolved.

Signed on 10/31/2019

*Brenda T. Rhoades* SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED:

PREVOST, SHAFF, MASON & CARNS, PLLC
Attorneys at Law
5560 Tennyson Pkwy., Ste. 260
Plano, Texas 75024
(972) 239-6200
(972) 239-6205 (facsimile)

By: /s/ J. Neal Prevost
    J. NEAL PREVOST
    State Bar Card No. 00788222
    ATTORNEYS FOR DEBTOR


QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
Attorneys at Law
2001 Bryan Street, Ste. 1800
Dallas, Texas 75201
(214) 871-2100
(214) 871-2111 (facsimile)

By: /s/ Linda S. LaRue
    Linda S. LaRue
    State Bar Card No. 24046269
    ATTORNEYS FOR MOVANT